IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>REGINALD JOHNSON,<br><br>        Defendant. | CRIMINAL CASE NO.<br><br>1:08-CR-00287-WSD-LTW |

### **MAGISTRATE JUDGE'S ORDER**

Pending before the court is Defendant's *MOTION for an Extension of Time to File Defendant's Post-Hearing Brief*. [Docket Entry 64]. Having shown good cause, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall have through and including October 2, 2009 in which to file his post-hearing brief. The Government shall have through and including October 12, 2009 in which to file its response.

**SO ORDERED** this **29th** day of **SEPTEMBER, 2009**.

/s/Linda T. Walker
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE